1 | **BRADLEY/GROMBACHER, LLP**
2 | Marcus J. Bradley, Esq. (SBN 174156)
  | Kiley L. Grombacher, Esq. (SBN 245960)
3 | 31365 Oak Crest Drive, Suite 240
  | Westlake Village, CA 91361
4 | Telephone:      (805) 270-7100
  | Facsimile:      (805) 270-7589
5 | E-Mail:         mbradley@bradleygrombacher.com
  | E-Mail:         kgrombacher@bradleygrombacher.com
6 |
7 | Attorneys for Plaintiff HUGO GOMEZ, on behalf
  | of himself and all others similarly situated
8 |
  | [*Additional Counsel on Following page*]
9 |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| HUGO GOMEZ, on behalf of himself and all others similarly situated, | CASE NO. 2:24-cv-00380-TLN-SCR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| WINCO HOLDINGS, INC., an Idaho Corporation; and DOES 1 to 10, inclusive, | Complaint Filed: October 25, 2023<br>Removal Filed: February 12, 2024 |
| Defendant. | |

JOINT STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA; ORDER

1  **SEYFARTH SHAW, LLP**
2  Kristina M. Launey, Esq. (SBN 221335)
   Michael W. Kopp, Esq. (SBN 206385)
3  Phillip J. Ebsworth, Esq. (SBN 311026)
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
5  Telephone:      (916) 448-0159
   Facsimile:       (916) 558-4839
6  E-Mail:          klauney@seyfarth.com
   E-Mail:          mkopp@seyfarth.com
7  E-Mail:          pebsworth@seyfarth.com

8  Attorney for Defendant WINCO HOLDINGS, INC.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the Parties' Stipulation, and upon good cause shown, the Court orders as follows:

1) That this matter is hereby REMANDED to the Superior Court of California, County of Stanislaus; and,

2) That all deadlines, hearings, and other dates in this matter are VACATED.

DATED: February 2, 2026

_____
Troy L. Nunley
Chief United States District Judge